LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BLANCA SILVA

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-0291 LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| BLANCA SILVA, | |
| Defendant. | |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for October 18, 2011 may be continued to November 22, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation, consider plea negotiations, and fully assess potential options in this matter. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. The parties also stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

///

The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

DATED: October 13, 2011      by:      /s/ Chris Cosca
                                                       Chris Cosca
                                                       Attorney for Defendant
                                                       BLANCA SILVA

DATED: October 13, 2011      by:      /s/ Chris Cosca for
                                                       Jason Hitt
                                                       Assistant U. S. Attorney

## **ORDER**

**IT IS HEREBY ORDERED:** The status conference scheduled for October 18, 2011 is continued to November 22, 2011 at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendant reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 13, 2011

                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT