BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-0291 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER FOLLOWING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| BLANCA SILVA, | ) | |
| Defendant. | ) | |

The Court held a status conference in this case on January 31, 2012. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and counsel Hayes H. Gable, Esq., specially appeared for newly-appointed counsel Clemente Jimenez, Esq., on behalf of defendant Blanca SILVA. The defendant was present in custody. She was assisted by a court-certified Spanish-language interpreter.

During the hearing, counsel for the defendant requested a continuance of the case in order to provide the new defense lawyer, Mr. Jimenez, adequate time to obtain and review the considerable discovery in this case. In addition, the parties represented that Mr. Jimenez would need time to meet with his new client and consider what strategy to take in the defense of this case. The Court

1

granted the request of the parties and ordered the matter be placed on calendar on February 28, 2012, at 9:15 a.m. for further status conference. The Court further found that the time between January 31, 2012, and February 28, 2012, should be excluded from calculation of the Speedy Trial Act because Mr. Jimenez needs time to review the discovery in this case and meet with his new client to begin preparations for defending her case. The Court therefore found that time between January 31, 2012, and February 28, 2012, should be excluded under the Speedy Trial Act because the ends of justice are served by the Court excluding such time, and agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that a new lawyer could be appointed to represent the defendant and have reasonable time to prepare an effective defense in this case, taking into account the exercise of due diligence the in the interests of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Therefore, IT IS HEREBY ORDERED that:

(1) A further status conference in this case is set for February 28, 2012, at 9:15 a.m.; and

(2) Time is excluded from calculation under the Speedy Trial Act up to, and including, February 28, 2012, at 9:15 a.m. The Court further finds that the ends of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: February 2, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT